IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-cv-61422-BB

RANDY ROSENBERG, D.C., P.A.,
as assignee of Danielle Russell, and
on behalf of itself and
all others similarly situated,

    Plaintiff,

v.

GEICO GENERAL
INSURANCE COMPANY,

    Defendant.
_____/

## **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff calls the Court's attention to the following authority, a copy of which is attached as **Exhibit A**, decided and discovered after the filing of Plaintiff's Response (ECF No. 12) Opposing Defendant's Motion Dismiss (ECF No. 9):

>  *GEICO General Insurance Company v. Optimum Wellness & Spine Rehabilitation Center a/a/o Djumy Septempre,* No. 4D19-204 (Fla. 4th DCA July 30, 2019) (Dismissal Order).

Defendant relied on this appeal in moving to dismiss Plaintiff's case. (ECF No. 9 at 3). As stated in the attached order, the court vacated its prior order accepting discretionary jurisdiction of the case and sent the case back to the Nineteenth Judicial Circuit in its appellate capacity.

Dated: July 30, 2019                                      Respectfully Submitted,

/s/ Edward H. Zebersky
Edward H. Zebersky, Esq. (FBN 908370)
E-mail: ezebersky@zpllp.com
Michael T. Lewenz, Esq. (FBN 111604)
E-mail: mlewenz@zpllp.com
Mark S. Fistos, Esq. (FBN 909191)
E-mail: mfistos@zpllp.com
ZEBERSKY PAYNE, LLP
110 Southeast 6th Street, Suite 2150
Ft. Lauderdale, FL 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I certify that on July 30, 2019, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record on the below service list.

/s/ Edward H. Zebersky
Edward H. Zebersky

### SERVICE LIST
*Randy Rosenberg, D.C., P.A., v. Geico General Insurance Company*
**Case No. 0:19-cv-61422-BB**
**United States District Court for the Southern District of Florida**

Peter D. Weinstein (FBN 0913502)
E-mail: peter.weinstein@csklegal.com
Thomas Lee Hunker (FBN 038325)
Email: thomas.hunker @csklegal.com
COLE, SCOTT & KISSANE, P.A.
600 N. Pine Island Road, Suite 500
Plantation, FL 33324
Telephone: (954) 473-1112

*Counsel for Defendant*