UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-61422-BLOOM/Valle

RANDY ROSENBERG, D.C., P.A, a/a/o
Danielle Russell, on behalf of itself and all
others similarly situated,

    Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On June 11, 2019, the Court ordered the parties to file a joint scheduling report ("JSR") within thirty-five (35) calendar days of the filing of the first responsive pleading by the last responding defendant. ECF No. [3]. To date the parties have not filed a JSR, nor requested an extension of time to do so. Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall file a compliant JSR **no later than August 23, 2019**. The parties are cautioned that if they fail to submit a JSR report by the applicable deadline, the Court may unilaterally set this case on a case management track in accordance with Local Rule 16.1(a) and calculated as if the scheduling report had been timely filed.

As part of the JSR, the parties shall jointly complete and file with the Court the *Election to Jurisdiction by a United States Magistrate Judge for Final Disposition of Motions* appended to this Order as **Attachment A**. The Court will not accept unilateral submissions. A "Yes" should be checked only if all parties agree. If the parties consent to a full disposition of the case by the Magistrate Judge, including trial and entry of final judgment, the parties shall jointly file the *Election to Jurisdiction* form appended to this Order as **Attachment B**. The parties are advised

that even if they do not consent to jurisdiction by the Magistrate Judge, in accordance with 28 U.S.C. § 636(b), the Court may still refer motions to the Magistrate Judge for a report and recommendations.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 19, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-61422-BLOOM/Valle**

RANDY ROSENBERG, D.C., P.A, a/a/o
Danielle Russell, on behalf of itself and all
others similarly situated,

      Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY,

      Defendant.
_____/

**ELECTION TO JURISDICTION BY A UNITED STATES**
**MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

      In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

      1. Motions for Costs                    Yes \_\_\_\_\_ No \_\_\_\_\_

      2. Motions for Attorney's Fees          Yes \_\_\_\_\_ No \_\_\_\_\_

      3. Motions for Sanctions              Yes \_\_\_\_\_ No \_\_\_\_\_

      4. Motions to Dismiss                 Yes \_\_\_\_\_ No \_\_\_\_\_

      5. Motions for Summary Judgment    Yes \_\_\_\_\_ No \_\_\_\_\_

_____    _____
(Date)            (Signature—Plaintiff's Counsel or Plaintiff if *pro se*)

_____    _____
(Date)            (Signature—Defendant's Counsel or Defendant if *pro se*)

                              Attachment A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-61422-BLOOM/Valle**

RANDY ROSENBERG, D.C., P.A, a/a/o
Danielle Russell, on behalf of itself and all
others similarly situated,

      Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY,

      Defendant.
_____/

**MAGISTRATE JUDGE JURISDICTION FOR TRIAL**

      In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge conduct any and all further proceedings in the case, including TRIAL, and entry of final judgment with respect thereto.


_____     _____
(Date)                    (Signature—Plaintiff's Counsel or Plaintiff if *pro se*)


_____     _____
(Date)                    (Signature—Defendant's Counsel or Defendant if *pro se*)


                                    Attachment B