**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-61422-BLOOM/Valle**

RANDY ROSENBERG, D.C., P.A., a/a/o Danielle Russell, on behalf of itself and all others similarly situated,

Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY,

Defendant.
_______________________________________/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On August 22, 2019, the Court ordered the parties to select a mediator pursuant to Local Rule 16.2, schedule a time, date and place for mediation, and jointly file a proposed order scheduling mediation on or before **September 11, 2019**. ECF No. [22] (the "Scheduling Order"). To date, the parties have not complied, nor have they shown cause.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **September 16, 2019**, the parties shall comply with the requirements of the Scheduling Order. Failure to comply will result in sanctions, including, but not limited to, dismissal without prejudice without further notice. The parties are reminded that pursuant to the procedures outlined in the CM/ECF Administrative Procedures, the proposed order is to be emailed to bloom@flsd.uscourts.gov in Word format. The CM/ECF Administrative Procedures may be viewed at www.flsd.uscourts.gov. All other deadlines set forth in the Scheduling Order shall remain strictly in place.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 12, 2019.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record