**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 0:19-cv-61422-BLOOM**

RANDY ROSENBERG, D.C., P.A.,
a/a/o Danielle Russell, on behalf of itself and
all others similarly situated,

        Plaintiff,

v.

GEICO GENERAL INSURANCE CO.,

        Defendant.

_____/

### JOINT MOTION TO DISPENSE WITH PHYSICAL APPEARANCE AT MEDIATION

Pursuant to Local Rule 16.2(e), Defendant, GEICO GENERAL INSURANCE CO. (GEICO) and Plaintiff, RANDY ROSENBERG, D.C., P.A., seek an order dispensing with the required physical presence of its their corporate representatives with authority to settle at the mediation conference scheduled for January 8, 2020.

1. Local Rule 16.2(e) requires, "[u]nless excused in writing by the presiding Judge, all parties and required claims professionals (e.g., insurance adjusters) shall be physically present at the mediation conference…"

2. Mediation is currently scheduled before mediator Rodney Max, Esq. on January 8, 2020 at 10:00 am.

3. Due to a scheduling conflict, the parties' corporate representatives may not be able to physically appear at the scheduled mediation, but will be available by telephone.

4. Neither party desires to reschedule or delay the mediation as both parties verily believe that while no settlement is guaranteed, based on the posture of this class action,

significant progress towards settlement can be made without the physical presence of the parties.   .

5.   Accordingly, both parties agree to waive the physical appearance of the corporate representatives with authority to settle at the upcoming mediation, and to have those representatives appear for mediation telephonically.

Pursuant to Local Rule 16.2(e), the parties respectfully requests this Court to grant this Joint Motion to Waive Physical Appearance at the Mediation scheduled for January 8, 2020.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 3rd day of January, 2020, a true and correct copy of the foregoing was served, via electronic mail, upon the persons on the attached service list.

/s Edward H Zebersky          /s Thomas L. Hunker
Attorney for Plaintiff        Attorney for Defendant

## SERVICE LIST

Counsel(s) for Plaintiff:

Edward H. Zebersky, Esq.
Fla. Bar No. 0908370
Michael T. Lewenz, Esq.
Fla. Bar No. 111604
Mark. S. Fistos, Esq.
Fla. Bar No. 909191
ZEBERSKY PAYNE, LLP
110S.E. 6th Street, Ste. 2150
Fort Lauderdale, FL 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781
ezebersky@zpllp.com
mlewenz@zpllp.com

[1925314/1]