IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIRCUIT CIVIL DIVISION
CASE NO.: 0:19-CV-61422-BLOOM

RANDY ROSENBERG, D.C., P.A.

*Plaintiffs,*

v.

GEICO GENERAL INSURANCE CO.

*Defendant.*
_____/

## MEDIATOR'S REPORT TO COURT

Please be advised the above styled case was mediated on January 8, 2020. The case did not resolve at that time; however as a result of confidential dialogue that took place, the mediation will reconvene next week (on our before January 15th). Please consider this as an interim report and I will file a final report upon conclusion of our efforts. Respectfully submitted,

Respectfully submitted,

Rodney A. Max

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

_____
RODNEY A. MAX

**UPCHURCH WATSON WHITE & MAX**
**MEDIATION GROUP**
rmax@uww-adr.com
800-264-2622