UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 19-cv-61422-BLOOM/Valle**

RANDY ROSENBERG, D.C., P.A., a/a/o
Danielle Russell, on behalf of itself and all
others similarly situated,

    Plaintiff,

v.

GEICO GENERAL INSURANCE
COMPANY,

    Defendant.
_____/

**ORDER AMENDING SCHEDULING ORDER, ECF NO. [22],
AND CERTAIN PRETRIAL DEADLINES**

**THIS CAUSE** is before the Court upon the Parties' Joint Motion to Amend Schedule for Class Discovery, Class-Related Expert Disclosure, and Class Certification, ECF No. [69], filed on February 3, 2020 ("Motion"). The Court has reviewed the Motion, the record, and is otherwise fully advised. Accordingly it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [69]**, is **GRANTED IN PART AND DENIED IN PART**. The Court's Scheduling Order, **ECF No. [22]**, is **AMENDED** as follows:

This case is set for trial during the Court's two-week trial calendar beginning on **November 9, 2020, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, November 3, 2020**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128**. The parties shall

adhere to the following schedule:

| | |
|---|---|
| **April 21, 2020** | Parties exchange expert witness summaries or reports on issues of class certification and all other issues. |
| **May 11, 2020** | Parties exchange rebuttal expert witness summaries or reports on issues of class certification and all other issues. |
| **June 8, 2020** | All discovery, including expert discovery, is completed. |
| **June 29, 2020** | Plaintiffs file motion for class certification. |
| **August 5, 2020** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all dispositive motions.** |
| **October 26, 2020** | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 4, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record