IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-cv-61422-BLOOM/VALLE

RANDY ROSENBERG, D.C., P.A.,
as assignee of Danielle Russell, and
on behalf of itself and
all others similarly situated,

    Plaintiff,

v.

GEICO GENERAL
INSURANCE COMPANY,

    Defendant.
_____/

**PLAINTIFF'S *UNOPPOSED* MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to the Parties' Stipulated Protective Order (ECF No. 64 at ¶ 10), Plaintiff respectfully requests that the Court grant it leave to file un-redacted versions of Exhibits E, F, G, and I, referred to in Plaintiff's Third Motion to Compel (ECF No. 92), under seal, and in support Plaintiff states as follows:

1. On December January 16, 2020, District Court Judge Beth Bloom issued a Stipulated Protective Order governing the use and disclosure of confidential information. (ECF No. 64).

2. Pursuant to that Stipulated Protective Order, counsel for Defendant designated materials as confidential that Plaintiff has used to support Plaintiff's Third Motion to Compel, filed May 14, 2020. (*See* ECF No. 92 at 4-6 and 9, referring to Exhibit E (Screenshots), Exhibit F (Plaintiff's Data Field Request), Exhibit G (Defendant's Data Request Response), and Exhibit I (Typical Provider Bill).

3. In this filing Plaintiff takes no position on the propriety of Defendant's designation of the foregoing materials as confidential and is unaware why Defendant designated them so. As the designating party, Defendant would have the burden of proving the propriety of the confidentiality designation and of persuading the Court on the propriety of the designation. (ECF No. 64 at ¶ 11).

4. Plaintiff requests that the seal remain in place at the Court's discretion.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order granting it leave to file Exhibit E (Screenshots), Exhibit F (Plaintiff's Data Request), Exhibit G (Defendant's Data Request Response), and Exhibit I (Typical Provider Bill) to Plaintiff's Third Motion to Compel (ECF No. 92), filed May 14, 2020, under seal.

## LOCAL RULE 7.1 CERTIFICATION

Plaintiff's counsel certifies that on May 21, 2020, they conferred with counsel for Defendant prior to filing this motion, and Defendant did not oppose the relief requested in this motion.

Dated:  May 21, 2020

Respectfully Submitted,

By: *s/Edward H. Zebersky*
Edward H. Zebersky, Esq. (FBN: 0908370)
Michael T. Lewenz, Esq. (FBN 111604)
Mark S. Fistos, Esq. (FBN: 909191)
ZEBERSKY PAYNE SHAW LEWENZ, LLP
110 S.E. 6th Street, Suite 2150
Ft. Lauderdale, FL  33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781
Emails: ezebersky@zpllp.com;
mfistos@zpllp.com; mlewenz@zpllp.com
nesponda@zpllp.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified in the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Edward H. Zebersky*
Edward H. Zebersky, Esq.

***Service List – Counsel for Defendant***
Peter D. Weinstein (FBN 0913502)
Thomas Hunker (FBN 38325)
Michael Rosenberg (FBN 95721)
COLE, SCOTT & KISSANE PA
600 North Pine Island Road, Ste. 500
Plantation, Florida 33324
Telephone: 954-473-1112
Peter.Weinstein@csklegal.com
Thomas.Hunker@csklegal.com
Michael.Rosenberg@csklegal.com