UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-61422-CIV-BLOOM

RANDY ROSENBERG, D.C., P.A. A/A/O
DANIELLE RUSSELL, ON BEHALF OF
ITSELF AND ALL OTHERS SIMILARLY
SITUATED,

    Plaintiff,

v.

GEICO GENERAL INSURANCE
COMPANY,

    Defendant.
_____/

## AGREED ORDER APPROVING AND
## ADOPTING JOINT STIPULATION UNDER SEAL

The parties having come before the undersigned on the parties' Joint Stipulation Under Seal (ECF No. 112), and the Court having reviewed the file, it is;

ORDERED AND ADJUDGED that the parties' Joint Stipulation Under Seal, is hereby approved and adopted as an order of the Court.

DONE and ORDERED in Chambers at Broward County, Florida, this 23rd day of June, 2020.

*/s/ Alicia O. Valle*
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel for Plaintiff: Edward H. Zebersky, Mark S. Fistos at ezebersky@zpllp.com and mfistos@zpllp.com

Counsel for Defendant: Peter D. Weinstein, Thomas Hunker, Michael Rosenberg, at peter.weinstein@csklegal.com and thomas.hunker@csklegal.com; michael.rosenberg@csklegal.com