IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-cv-61422-CANNON/Hunt

RANDY ROSENBERG, D.C., P.A.,
a/a/o Danielle Russell, and on behalf
of itself and all others similarly situated,

    Plaintiff,

v.

GEICO GENERALINSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF FILING OF SETTLEMENT CLASS ADMINISTRATOR JND LEGAL ADMINISTRATION'S SUPPLEMENTAL AFFIDAVIT REGARDING CLASS ADMINISTRATION

Plaintiff, by and through its undersigned counsel, and pursuant to the Court's Preliminary Approval Order (ECF No. 222 at 10) as modified by the Court's subsequent Order Granting the Parties' Joint Motion to Extend Date for Final Approval Hearing (ECF No. 225), hereby files the Supplemental Affidavit of the Settlement Class Administrator JND Legal Administration, in further support of the Parties' Joint Motion for Final Approval of Class Action Settlement (ECF Nos. 237, 237-1).

Dated:  November 18, 2022.

                                            Respectfully Submitted,

                                            **ZEBERSKY PAYNE SHAW LEWENZ, LLP**

                                            **Edward H. Zebersky**
                                            Edward H. Zebersky, Esq. (FBN: 908370)
                                            Michael T. Lewenz, Esq. (FBN: 111604)
                                            Mark S. Fistos, Esq. (FBN: 909191)
                                            110 Southeast 6th Street, Suite 2900
                                            Fort Lauderdale, FL 33301
                                            Telephone: (954) 989-6333
                                            Facsimile: (954) 989-7781
                                            ezebersky@zpllp.com
                                            mlewenz@zpllp.com
                                            mfistos@zpllp.com

>Alec Schultz, Esq. (FBN: 35022)
>**HILGERS GRABEN PLLC**
>1221 Brickell Avenue, Suite 900
>Miami, Florida 33131
>Telephone:  305.630.8304
>aschultz@hilgersgraben.com
>
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that November 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified in the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

>**Edward H. Zebersky**
>Edward H. Zebersky, Esq.

## SERVICE LIST
*(Rosenberg, etc. v. GEICO, USDC Case No. 0:19-cv-61422-CANNON/Hunt)*

**Counsel for Defendant**
Peter D. Weinstein, Esq.
Michael Rosenberg, Esq.
**COLE, SCOTT & KISSANE PA**
600 North Pine Island Road, Suite 500
Plantation, Florida 33324
Telephone:  954-473-1112
Peter.Weinstein@csklegal.com
Michael.Rosenberg@csklegal.com

John P. Marino (FBN: 814539)
Kristen L. Wenger (FBN: 92136)
Mark Drew Krieger, IV (FBN: 117800)
**SMITH, GAMBRELL & RUSSELL, LLP**
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Phone: (904) 598-6100
Facsimile: (904) 598-6204
jmarino@sgrlaw.com
kwenger@sgrlaw.com
dkrieger@sgrlaw.com