IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 19-cv-61422-CANNON/Hunt

RANDY ROSENBERG, D.C., P.A.
a/a/o Danielle Russell; and on behalf of
itself and all others similarly situated,

    Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY,
GEICO INDEMNITY COMPANY, GOVERNMENT
EMPLOYEES INSURANCE COMPANY, and
GEICO CASUALTY COMPANY,

    Defendants.

CLASS REPRESENTATION

_____/

**SUPPLEMENTAL AFFIDAVIT OF KIMBERLY K. NESS ON
BEHALF OF SETTLEMENT CLASS ADMINISTRATOR
<u>JND LEGAL ADMINISTRATION REGARDING CLASS ADMINISTRATION</u>**

STATE OF MINNESOTA

COUNTY OF RICE

    I, Kimberly K. Ness, being duly sworn, depose and state that:

    1.    I am a Director with JND Legal Administration ("JND"), the Settlement Administrator in this case. I have been employed with JND for two (2) years. JND was retained as Class Settlement Administrator in the above-referenced case (the "Action"). I am fully and personally familiar with the actions taken by JND with respect to the Settlement as described below and as set forth in the Initial Affidavit of Kimberly K. Ness on Behalf of Settlement Class Administrator JND Legal Administration Regarding Class Administration dated and submitted to the Court on October 31, 2022 (the "Initial Affidavit").

2. I am over twenty-one years of age and am authorized to make this affidavit on behalf of JND.

3. I submit this supplemental affidavit pursuant to paragraph 15(c) of the Order Granting In Part and Denying In Part Joint Motion for Preliminary Approval of Class Action Settlement entered on May 31, 2022 (Dkt. 222) (the "Order of Preliminary Approval").

## EXPERIENCE IN SETTLEMENT ADMINISTRATION OF CLASS ACTIONS

4. JND was established in 2016 is a leading legal administration services provider with headquarters located in Seattle, Washington, and multiple offices throughout the United States. JND has extensive experience with all aspects of legal administration and has administered hundreds of class action matters. JND's class action division provides all services necessary for the effective administration of class actions including: (1) all facets of legal notice, such as outbound mailing, email notification, and the design and implementation of media programs, including through digital and social media platforms; (2) website design and deployment, including on-line claim filing capabilities; (3) call center and other contact support; (4) secure class member data management; (5) paper and electronic claims processing; (6) calculation design and programming; (7) payment disbursements through check, wire, PayPal, merchandise credits, and other means; (8) qualified settlement fund tax reporting; (9) banking services and reporting; and (10) all other functions related to the secure and accurate administration of class actions.

5. JND works with the parties, the courts, and the Settlement Class Members in a neutral facilitation role to implement settlement administration services based on the negotiated terms of a settlement.

## OVERVIEW OF JND'S RESPONSIBILITIES

6.  The Court appointed JND as the Settlement Administrator in the Order of Preliminary Approval to manage and complete the following administrative responsibilities:

   a. format and arrange for the printing of the Court-approved Notice of Proposed Class Action Settlement and Fairness Hearing and Claim Form (the "Notice Package") to be sent to Settlement Class Members as defined in the Settlement Agreement and Stipulation (the "Settlement Agreement");

   b. review the National Change of Address database (NCOA) for a more current address for each Settlement Class Member, if applicable;

   c. cause the Notice Package to be mailed and, in some cases, re-mailed by first class U.S. mail to Settlement Class Members;

   d. establish and maintain the website to provide information regarding the Settlement, including the Notice Package, Settlement Agreement, Order of Preliminary Approval, and Frequently Asked Questions (FAQs), as well as a portal for Settlement Class Members to electronically submit Settlement Claim Forms;

   e. establish and monitor an email account that allows Settlement Class members to electronically submit questions about the Settlement;

   f. establish and monitor a post office box to receive Settlement Claim Forms, Requests for Exclusion, Objections, and other communications about the Settlement;

   g. develop and maintain the claims database that includes information relating to Settlement Claim Forms submitted by Settlement Class Members; and

3

h. develop and maintain a database that includes Requests for Exclusion received from Settlement Class Members.

## CLASS ACTION FAIRNESS ACT (CAFA) NOTIFICATION

7. On March 11, 2022, JND compiled and sent the Class Action Fairness Act ("CAFA") notification materials required by CAFA, 28 U.S.C. § 1715 via certified mail return receipt requested through the U.S.P.S. to the U.S. Attorney General, and applicable state Attorneys General and Insurance Commissioners (as identified in the Order of Preliminary Approval). These materials were therefore timely sent on behalf of the Parties and pursuant to the Order of Preliminary Approval.

8. The CAFA notification mailing list is attached as **Exhibit A**. A letter and extensive settlement documents pertaining to the Action were included in the CAFA notification letters.

## MAILING OF THE SETTLEMENT CLASS NOTICE

9. The set of materials to be mailed to potential Settlement Class Members consisted of the Notice Package. Pursuant to the Order of Preliminary Approval, the Notice Package included the twelve (12) page Notice of Proposed Class Action Settlement and Fairness Hearing, including the Settlement Claim Form. A copy of the Notice Package that was mailed to potential Settlement Class Members is attached as **Exhibit B**.

10. JND worked with Class Counsel and counsel for the GEICO Companies in formatting the Notice Package for mailing. After receiving approval of the format by counsel, a sufficient number of Notice Packages were printed according to the anticipated class size.

11. JND received information from the GEICO Companies pertaining to potential Settlement Class Members to implement and confirm that the Notice Packages were timely mailed to potential Settlement Class Members.

4

**Formation of Notice Package Mailing List**

12. The GEICO Companies were responsible for providing JND with a data set consisting of contact information for potential Settlement Class Members. The GEICO Companies transmitted data to JND that contained names, tax identification numbers ("TIN"), addresses, and other pertinent information for health care providers identified as potential Settlement Class Members. The GEICO Companies identified these health care providers and addresses by performing a reasonable search of its records to confirm those entities or individuals to whom the GEICO Companies issued payment on a Personal Injury Protection (PIP) claim under a Florida motor vehicle insurance policy during the Class Period.

13. There were 28,818 records in the raw data transmission containing various data fields. JND worked with counsel for the GEICO Companies and established criteria for standardizing data records. This process yielded 28,818 records that were deemed sufficiently non-duplicative to determine that a Notice Package should be sent to the health care provider and potential Settlement Class Member (the "Notice Package Mailing List").

14. The addresses on the Notice Package Mailing List were processed through the NCOA. This database contains all requested changes of address filed with the U.S.P.S. within the last forty-eight (48) months and currently in effect. Addresses on the Notice Package Mailing List were cross-referenced with addresses found in the NCOA.

15. After this address review and verification process was complete, JND applied the Settlement Class Member's name and address to the Notice Packages and they were prepared for mailing.

16. JND reviewed reports verifying the Notice Package mailing counts from the data files for the Notice Package Mailing List matched the number of the amount of the Notice Packages that were delivered to the U.S.P.S.

**Mailing of the Notice Packages**

17. On June 30, 2022, JND mailed the Court-approved Notice Packages by First-Class U.S. Mail with the following message shown through the window of the envelope: "**Legal Notice of Proposed Class Action Settlement and Fairness Hearing**" [Concerning Calculation of Charges and Payments for medical services] Regarding medical services provided to insureds of the GEICO Companies. The Notice Packages were mailed to the potential Settlement Class Members identified on the Notice Package Mailing List, for a total of 28,818 Notice Packages as set forth in the Initial Affidavit. A copy of the Settlement Class Notice Mailing List, including the names, addresses and Tax Identification Numbers, is attached as **Exhibit C**.

18. JND can reproduce a copy of each of the 28,818 Notice Packages that were mailed to potential Settlement Class Members. These images can be produced upon request by the Court.

**Additional Mailings**

19. JND has received and processed approximately 4,632 Notice Packages returned as undeliverable as November 15, 2022.

20. A total of 407 Notice Packages were forwarded to updated addresses by the USPS.

21. JND conducted address searches for returned Notice Packages where there was no forwarding address provided. 3,565 Notice Packages were re-mailed utilizing addresses obtained through this process.

22.     Therefore a total of 3,972 Settlement Class Notices were re-mailed or forwarded as of November 15, 2022. There were 1,067 Notice Packages returned as undeliverable as addressed that were not re-mailed, because trace efforts did not result in any updated addresses.

### REQUESTS FOR EXCLUSION, SETTLEMENT CLAIM FORMS, AND OTHER SETTLEMENT CLASS MEMBER COMMUNICATIONS

23.     JND established a Post Office Box to receive communications from potential Settlement Class Members at the following address: **Rosenberg v. GEICO General Insurance Company**, c/o JND Legal Administration, PO Box 91222, Seattle, WA 98111. This address appeared in the Notice Packages and is identified on the website for this Settlement (the "Settlement Website").

24.     JND collects and processes mail received at the Post Office box on each business day. The mail received has included Requests for Exclusions, undeliverable mail and other communications. JND will continue to monitor the Post Office box and respond as appropriate through final administration of the Settlement.

**Claim Forms**

25.     JND has received and processed Settlement Claim Forms as provided in the Settlement and approved by the Court. These Settlement Claim Forms have been submitted via U.S. Mail and electronically through the Settlement Website. As of November 15, 2022, JND has received a total of 1,767 Settlement Claim Forms. These Settlement Claim Forms request relief under the Settlement for a total of 2,603 patients.

26.     JND will continue to receive and process Settlement Claim Forms that are timely submitted by the November 28, 2022 deadline established in the Order of Preliminary Approval.

27.     Upon final approval of the Settlement and instructions from counsel for the GEICO Companies and Class Counsel, JND will proceed with processing, reviewing, and assisting with

payment of these claims pursuant to the Settlement Agreement. JND will continue to respond as appropriate to inquiries from potential Settlement Class Members about submitted Settlement Claim Forms through final administration of the Settlement.

**Requests for Exclusion**

28. The deadline for requesting exclusion from the Settlement Class expired on August 15, 2022.

29. As of November 15, 2022, JND received 565 Requests for Exclusion (after accounting for duplicate submissions for Settlement Class Members as determined by their TIN) that were deemed valid and timely pursuant to the requirements set forth in the Settlement Agreement and approved by the Court in the Order of Preliminary Approval. A list of the timely and valid Requests for Exclusion by Provider name and TIN is attached as **Exhibit D.**

30. The GEICO Companies' insurance claim numbers identified on the Valid Exclusion Requests under the requirements of the Order of Preliminary Approval to be excluded from the Settlement are identified on **Exhibit E.**

31. There were 1,059 Requests for Exclusion that were timely submitted by providers (or their counsel), but deficient and therefore invalid for failing to identify the information required by the Order of Preliminary Approval. The potential Settlement Class Members (or their counsel) who submitted these Requests for Exclusions have been provided notice that they were deficient and therefore invalid pursuant to the terms and process set forth the Settlement Agreement and approved by the Court in the Order of Preliminary Approval. These Invalid Exclusion Requests are identified by the Provider name and TIN on **Exhibit F.**

32. JND has also received 4 Requests for Exclusion that were not timely submitted by the August 15, 2022 exclusion deadline. The potential Settlement Class Members (or their

8

counsel) who submitted these Requests for Exclusions have been provided notice that they were untimely pursuant to the terms and process set forth the Settlement Agreement and approved by the Court in the Order of Preliminary Approval. A list of these untimely Requests for Exclusion identified by the Provider name and TIN is attached as **Exhibit G.**

**Objections**

33. JND did not receive any Objections to the Settlement by the August 15, 2022 deadline or thereafter, and did not receive any Notices of Intent to Appear by the November 2, 2022 deadline or thereafter.

### CLASS ACTION SETTLEMENT INFORMATION WEBSITE, AND PHONE AND E-MAIL COMMUNICATIONS

34. JND established the Settlement Website to provide information to Settlement Class Members and others seeking information about the Settlement. The website address reserved for this matter is www.FLBilledAmountSettlement.com. On June 30, 2022, the Settlement Website went live and it remains available.

35. JND set up a homepage and links to settlement documents. JND further posted content on the Settlement Website that provides individuals with answers to frequently asked questions, the Notice Package, additional settlement documents and the home page identifying important dates and deadlines. The Settlement Website also allowed Settlement Class Members to electronically submit a Settlement Claim Form. Class Counsel and Counsel for the GEICO Companies approved all script used on the Settlement Website.

36. Settlement Class Members were directed to this website by including references to it in the Notice Package.

37. The Settlement Website has received 9,519 page views by 2,047 unique users.

38. JND also established a dedicated electronic mail address to receive electronic communications from potential Settlement Class Members at the following address: info@FLBilledAmountSettlement.com. JND has received 69 e-mails at this address.

39. This electronic address appeared in the Notice Packages and is displayed on the Settlement Website. JND will continue to monitor the dedicated electronic mail address and respond as appropriate through final administration of the Settlement.

40. JND also established a dedicated toll-free telephone number to receive telephone calls from potential Settlement Class Members at the following telephone number: 1-855-606-0783. JND has received 164 telephone calls using this number.

41. This toll-free telephone number appeared in the Notice Packages and is displayed on the Settlement Website. JND will continue to monitor the telephone number and respond to telephone calls as appropriate through final administration of the Settlement.

I swear under penalty of perjury under the laws of the United States and the State of Minnesota that the foregoing is true and correct to the best of my knowledge.

*Kimberly K. Ness*
Kimberly K. Ness
Director
JND Legal Administration

Subscribed and sworn before this 18th day of November, 2022.

_____
Notary Public in and for Said County and State

My Commission Expires: Jan. 31, 2027

BROOKE E DEMMER
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2027

10