# Appendix A

## RELEASE

Except where otherwise indicated, all capitalized terms in this Release shall have the meaning set forth in the Settlement Agreement attached and incorporated as Appendix "A."

Upon the Effective Date, Plaintiff and all other Settlement Class Members who have not been recognized by the Court as excluded from the Settlement Class as Recognized Opts Outs, hereby expressly acknowledge and agree, on their own behalf and on behalf of each of their respective heirs, trustees, executors, administrators, principals, beneficiaries, representatives, agents, and present and former officers, directors, employees, insureds, attorneys, contractors, predecessors, successors, parent companies, subsidiaries, divisions, affiliates, and assigns, and/or anyone claiming through them or acting or purporting to act for them or on their behalf, that they release and discharge the Released Parties of and from all Released Claims and shall not now or hereafter initiate, maintain, or assert against any of the Released Parties, either directly or indirectly, derivatively, on their own behalf, on behalf of the Settlement Class, or on behalf of any other person or entity any right, liability claim, or cause of action arising out of or relating to the Released Claims.

"Released Parties" means The GEICO Companies, any person or entity covered or insured by The GEICO Companies, and any third party that provided medical bill review or audit services to The GEICO Companies and that provided those served with respect to the claims raised in the Action, and each of their respective present and former affiliates and related companies, officers, directors, employees, insurers, insureds, attorneys, predecessors, successors, assigns, and/or anyone acting or purporting to act for them or on their behalf.

"Released Claims" means any and all claims, actions, demands, lawsuits, rights, liabilities, declarations, damages, losses, attorneys' fees, interest, expenses, costs and causes of action,

whether accrued or unaccrued, known or unknown, alleged or unalleged, fixed or contingent, including without limitation contractual or extra-contractual claims or damages (inclusive of bad faith), claims or damages at law or in equity, or penalties and punitive claims or damages of any kind or description which now exist or heretofore existed, by or on behalf of any Settlement Class Member against the Released Parties arising from the Released Parties' calculation and payment of PIP claims relating to or arising from the GEICO Companies' interpretation of and payments pursuant to the Bill Amount policy language (i.e., the BA Issue).

Nothing in this Release shall preclude any action to enforce the terms of the Settlement Agreement, including participation in any of the dispute resolution processes detailed therein.