# Appendix B

## VALID EXCLUSION REQUESTS BY PROVIDER

| Federal Tax ID Number | Provider Name |
|---|---|
| 01-0591971 | Leda Medical Center Inc |
| 01-0617423 | County Line Chiropractic Pembroke Pines |
| 01-0681151 | Alexandra Healthcare LLC |
| 01-0779888 | Joseph Johnston Chiropractic Clinic Inc |
| 01-0791070 | Enrique Umpierre MD PLLC |
| 01-0794846 | E-Z Health Medical Center Inc |
| 02-0565049 | Family Chiropractic Works inc |
| 03-0389414 | Pagano Chiropractic PA |
| 03-0467419 | Stat Diagnostic Imaging INC |
| 04-3600705 | Florida Medical & Injury Center Inc |
| 04-3808493 | Jennifer C Bourst DC PA |
| 05-0558740 | Gady Abramson DCPA |
| 05-0594854 | Professional Imaging Centers Inc |
| 06-1747997 | Performance Chiropractic PA |
| 16-1618653 | A-Plus Medical and Rehab Center Inc |
| 20-0043609 | Facility Medical Center Inc |
| 20-0115848 | Pinecrest Chiropractic PA |
| 20-0192452 | Pompano Spine Center LLC |
| 20-0690488 | Florida Superior Imaging Inc |
| 20-1296291 | Bennett Chiropractic & Wellness Center Inc |
| 20-1298976 | Florida Chiropractic & Sports Rehab Center Inc |
| 20-1373187 | Med Life Medical Services inc |
| 20-1388210 | Kevin J Kessler MD PA |
| 20-1448847 | Doral Medical Center Inc |
| 20-1542820 | Herba Family Chiropractic PA |
| 20-1657466 | Dema Rehab & injury Clinic Inc |
| 20-1763291 | Thompson PA Chris |
| 20-1920384 | Corzo Medical Center Inc |
| 20-1936404 | Functional Evaluation Testing of Florida Inc |
| 20-1936406 | Functional Evaluation Testing of Florida Inc |
| 20-1936464 | Functional Evaluation Testing of Florida Inc |
| 20-2272961 | Jason R Nitzsche DC PA |
| 20-2360244 | Guardian ANGEL Health Services Inc |
| 20-2443579 | Riverview Chiropractic Center Inc |
| 20-2537954 | Prime Medical and Rehab Services of NMB Inc |
| 20-2572881 | Cobblestone Chiropractic & Wellness |
| 20-2606800 | Mejias Medical Center INC |
| 20-2618438 | County Line Chiropractic University at Commercial, Inc. |
| 20-2799185 | Green Wave Family Wellness Center LLC |
| 20-2864629 | New Generation Medical Center Inc |
| 20-2945701 | Truhealth LLC |
| 20-3131763 | Advanced Diagnostic Resources LLC |
| 20-3239621 | Kadosh Medical Services INC |

| Federal Tax ID Number | Provider Name |
|---|---|
| 20-3268706 | Alvarez Therapeutic Center Inc |
| 20-3474070 | Baywest Health & Rehab LLC |
| 20-3507774 | Quality Diagnostics & Rehabilitation Center Inc |
| 20-3599723 | Florida Chiropractic Health Center LLC |
| 20-3767169 | Rehab & Healthcare of Tempa Inc |
| 20-4135741 | JRL Rehabilitation Center INC |
| 20-4504217 | First Coast Imaging LLC |
| 20-5024626 | Rivera Family Chiropractic Center LLC |
| 20-5319173 | Active Chiropractic & Rehabilitation Inc |
| 20-5425945 | New Health Rehabilitation Center Corp |
| 20-5512295 | Ace Medical & Rehab Center Inc |
| 20-5518557 | YGJO Medical Center Corp |
| 20-5582713 | Sanchez Therapy Center Inc |
| 20-5634956 | Seminole Wellness & Injury Center LLC |
| 20-5693558 | Personal Rehabilitation Center Inc |
| 20-5785943 | Elan Vital Healthcare Inc |
| 20-8281487 | Waller Chiropractic LLC |
| 20-8402875 | Millenium Rehabilitation Center Corp |
| 20-8448673 | Stephen D Stohler DC PL |
| 20-8458697 | Central Florida Injury East Inc |
| 20-8498833 | American Health Providers Corp |
| 20-8798704 | Las Mias Medical Center Inc |
| 22-3980031 | Lev Sudakov DC PA |
| 26-0394727 | B Greenwald Medical PA |
| 26-0755352 | Medview Imaging LLC |
| 26-1289233 | Altamonte Springs Diagnostic Imaging Inc |
| 26-1337493 | Associates In Family Practice of Broward LLC |
| 26-1435559 | Verne Chiropractic Clinic PA |
| 26-1665800 | Advanced Orthopedics LLC |
| 26-1705876 | Palm Acupuncture Inc |
| 26-1748562 | Hartley Chiropractic Center Co |
| 26-1896448 | Juber Imaging Inc |
| 26-2290520 | Kristin J. Shiver |
| 26-2461354 | Encompass Chiropractic Center LLC |
| 26-2562595 | A1 Imaging Centers LLC |
| 26-2667388 | Allied Healthcare of Central Florida Inc |
| 26-2881845 | Jason F Alvarez DC PA |
| 26-2928742 | Ave Maria Chiropractic Inc |
| 26-3000204 | Advanced Health & Wellness Inc |
| 26-3827047 | Precision Diagnostic of Lake Worth LLC |
| 26-4073178 | New Life Clinical Services Inc |
| 26-4125753 | Diagnostic & Radiology of Miami Inc |
| 26-4416443 | Ed Barker DC LLC |

| Federal Tax ID Number | Provider Name |
|---|---|
| 26-4568110 | Multimed Care Inc |
| 26-4625644 | JC Rehab Center Inc |
| 26-4727790 | Quiro Spa Inc |
| 26-4752305 | Bay Injury & Rehab Inc |
| 26-4813979 | Melissa A Naher DC PA |
| 27-0101394 | Family Chiropractic Works South inc |
| 27-0175064 | Moyal Chiropractic Inc |
| 27-0289205 | Miracle Health Services Inc |
| 27-0789814 | Central Florida Injury Southwest Inc |
| 27-0920319 | 7520 Rehabilitation Center LLC |
| 27-1145281 | Royal Palm Medical Group Inc |
| 27-1347788 | Ultra Care & Diagnostic Corp |
| 27-1427046 | Angels Diagnostic Group Inc |
| 27-1573223 | Marianna Health & Wellness PA |
| 27-1574739 | Seiler Chiropractic Clinic PA |
| 27-1593025 | Physicians Group LLC |
| 27-1595545 | Priority Medical Associates |
| 27-1620502 | American Group Rehabilitation Inc |
| 27-2014055 | Art & Science Surgic Center Inc |
| 27-2054691 | Preferred Health & Wellness Inc |
| 27-2147589 | Florida Spine & Rehab Center LLC |
| 27-2156914 | Complete Chiropractic Healthcare LLC |
| 27-2290037 | Chiro-Fit Inc |
| 27-2501912 | Cleveland Radiology Center Inc |
| 27-2665340 | Care & Service of Rehabilitation Inc |
| 27-2780786 | Nightlight Chiropractic LLC |
| 27-3140361 | ES Rehab Professional Center Inc |
| 27-3256502 | SW Florida Regional Medical Centers Inc |
| 27-3359542 | Miami Lakes Family Chiropractic PA |
| 27-3607147 | I & A medical Center INC |
| 27-3618121 | Optimum Imaging LLC |
| 27-371382 | Wellness Theraphy & Medical Care Center Inc |
| 27-3762064 | Palm Beach Physical Medicine Inc |
| 27-4003665 | Encompass Chiropractic Medical & Injury Center LLC |
| 27-4505748 | Gables Injury & Sports Therapy Center LLC |
| 27-4572440 | Bay Rehab Center LLC |
| 27-4650454 | Naples Family Health & Wellness Inc |
| 27-4701245 | Superior Pain Solutions LLC |
| 27-4736989 | Diagnostic Center of America Inc |
| 27-5018168 | Physical Therapy Now Holdings LLC |
| 27-5019981 | Quality Chiropractic Care LLC |
| 30-0490927 | Andrew J Hull DC PA |
| 30-0736338 | Advanced Physical Medicine LLC |

| Federal Tax ID Number | Provider Name |
|---|---|
| 30-0743678 | American Rehab Kare LLC |
| 32-0231031 | Taylor Chiropractic Corp |
| 32-0308447 | Peak Health & Business Solutions LLC |
| 32-0589553 | Prestige Healthcare Group |
| 33-1023433 | Dr Stuart Pollack DC PA |
| 35-0578285 | New Life Rehab Medical Center Inc |
| 35-2202019 | Marandino Schargen Chiropractic PA |
| 35-2282487 | International Chiropractic Center LLC |
| 35-2305118 | Medical Consultants of Florida LLC |
| 35-2385659 | Florida Pain Care and Rehab Corp |
| 35-2542217 | USA Sports Chiropractic Inc |
| 36-4666328 | Health Professional Services Inc |
| 36-4703066 | Doctors Research Institute Inc |
| 36-4747149 | Living Well Chirporactic of Central Florida Inc |
| 36-4919432 | Healthy Life Medical Center Inc |
| 37-1448603 | Stand-Up MRI of Miami |
| 37-1584924 | North Orlando Spine Center LLC |
| 37-1701841 | Advanced Health Imaging LLC |
| 38-3432126 | Pinellas Medical Associates PA |
| 38-3855830 | Coast Chiropractic Centers Inc |
| 38-3956948 | B & J Medical Inc |
| 41-2126532 | Advanced Chiropractic and Rehabilitation INC |
| 42-1581519 | Imaging Center of West Palm Beach LLC |
| 42-1623930 | East Coast Medical Rehab INC |
| 43-1971812 | Atlantic Medical Specialty Inc |
| 43-2070766 | Sunshine Rehab & Medical Inc |
| 45-0831716 | Florida Health Clinic Inc |
| 45-1344628 | Coral Springs Spine & Nerve Inc |
| 45-2529908 | Magic Hands Medical & Community Health Center Inc |
| 45-2679728 | Harmony Clinic PA |
| 45-2701005 | Coastal Chiropractic Health Solutions PLLC |
| 45-3121659 | Viet Q. Nguyen DC PA |
| 45-3137948 | Spine and Brain Surgery LLC |
| 45-3236865 | DC Health Centers PA |
| 45-3556431 | Alzugarays Therapist Center Inc |
| 45-3751311 | Starlite Medical Center Inc |
| 45-3848023 | Family Chiropractic Health Centers Corp |
| 45-3860976 | Nova-Care Rehab Services Inc |
| 45-4184743 | Spine Solutions DO PA |
| 45-4324920 | RF Medical Services Inc |
| 45-4460375 | Xpress Urgent Care LLC |
| 45-4618231 | Midtown Clinic of Chiropractic |
| 45-4911483 | Elite Spine of Doral |

| Federal Tax ID Number | Provider Name |
|---|---|
| 45-5019996 | Gonzalez's Medical Center Inc |
| 45-5068390 | RT Professional Inc |
| 45-5096794 | Rivera Family Chiropractic Center Casselberry LLC |
| 45-5226246 | Dr. Christine A schleter INC |
| 45-5415901 | Arc of Life Family Spinal Care LLC |
| 45-5501190 | USA Sports Therapy South Beach Inc |
| 46-0628461 | Premium Health Care Medical Center Inc |
| 46-0682419 | Altamonte Family Wellness Medical Center Inc |
| 46-0683382 | Caribbean Blue Spa Corp |
| 46-0761793 | Injury Health & Wellness PA |
| 46-0933737 | Florida Imaging Specialists PA |
| 46-0935291 | Chiropractic Clinics of South Florida PL |
| 46-1074291 | Florida Musculoskeletal Surgical Group LLC |
| 46-1512351 | Unlimited Diagnostic Center Inc |
| 46-1906675 | Bonnett Medical Center Corp |
| 46-1927884 | Tampa Ave Chiropractic Center Inc |
| 46-1986940 | USA Medical Care LLC |
| 46-2154607 | Golden Health Solutions Inc |
| 46-2215155 | Edgewood Healthcare and Rehab Center LLC |
| 46-2242439 | Spine & Sport Management Inc |
| 46-2341587 | MRI Pluss Inc |
| 46-3224987 | District Chiropractic & Wellness Center Inc |
| 46-3244578 | Med-Plus Healthcare LLC |
| 46-3284615 | Beyond Chiropractic LLC |
| 46-3413171 | Choices Healthcare Inc |
| 46-3786867 | Celebration Family Chiropractic Clinic Inc |
| 46-4245835 | Diagnostic Center of Tampa Inc |
| 46-4473883 | Kevin Usry DC LLC |
| 46-4583506 | Imagen Medical Center inc |
| 46-460922 | Fusion Chiropractic PLLC |
| 46-4609222 | Fusion Chiropractic |
| 46-4726114 | Zen Chiro LLC |
| 46-4739100 | Omni Neurological Orthopedic & Spine Center Inc |
| 46-4763178 | Espinoza Family Chiropractic Corp |
| 46-4897788 | Healthy Body Medical Center Corp |
| 46-5157074 | Optimal Health Chiropractic LLC |
| 46-5157434 | Chiromedic Family Practice LLC |
| 46-5231777 | Bifsha Family chiropractic LLC |
| 46-5327314 | Dr. Shay Ridge LLC |
| 47-0869950 | Florida Auto Injury and Pain Center |
| 47-0876038 | Alternative Medical Center of Florida Inc |
| 47-1092609 | Carrazana Chiropractic Inc |
| 47-1106750 | Oaks Wellness Center Inc |

| Federal Tax ID Number | Provider Name |
|---|---|
| 47-1210830 | Trinity Healthcare Center |
| 47-1311577 | Lake Mary Spine and Rehabilitation Center LLC |
| 47-1336950 | Omni Medical Clinic |
| 47-1423028 | SunLife Rehabilitation Center |
| 47-1558276 | Aventura Open MRI Inc |
| 47-1946166 | Jonathan A Ozner DC |
| 47-2155036 | Alliance Spine & Joint II Inc |
| 47-2180717 | Golden Medical Center INC |
| 47-2230786 | Miami Open MRI LLC |
| 47-2249638 | HealthSource of Doral Inc |
| 47-2600693 | Rick A Means II DC PA |
| 47-3116713 | Better Life Medical Services Corp |
| 47-3305852 | Bruno C Da Rocha |
| 47-3351575 | One Point Physician Medical Center Inc |
| 47-3355170 | Artang Rehabilitation Center LLC |
| 47-3449810 | Epic Healthcare Systems Inc |
| 47-3472116 | Epocrates Medical and Research Center MD PA |
| 47-3535103 | Trail Chiropractic Center Inc |
| 47-3924134 | Restore Chiropractic LLC |
| 47-3932293 | Encompass Chiropractic East LLC |
| 47-4282124 | Adrianne N Hauff DC PA |
| 47-4414189 | ChiroCare of Aventura LLC |
| 47-4512987 | Med-Advanced Corp |
| 47-4560081 | Southwest General Healthcare Center Corp |
| 47-4680854 | Dr J Comerford PA |
| 47-4855512 | Best Care Medical Group Inc |
| 47-4893594 | Professional Medical Practice Inc |
| 47-5004458 | Express Medical Specialist LLC |
| 47-5114586 | Elite Spine Group Inc |
| 47-5115480 | University Sports & Spine LLC |
| 47-5153398 | Suncoast Healing Arts Center inc |
| 47-5205045 | Quality Professional Healthcare Corp |
| 48-1270412 | Advance Therapy Works Inc |
| 48-1278962 | Finnie Chiropractic Center LLC |
| 51-0494113 | Gardens Health and Wellness Inc |
| 52-1843348 | Pierce Clinic of Chiropractic |
| 52-2185540 | Beth Cooper DC |
| 54-2141952 | Spectrum Healthcare Center INC |
| 55-0835356 | Universal X Rays Corp |
| 57-1172838 | Med-Union Medical Center Inc |
| 58-1608892 | Mercy Ambulance Service Inc |
| 58-2318091 | Medical Masters INC |
| 58-2628310 | County Line Chiropractic East Plantation, Inc. |

| Federal Tax ID Number | Provider Name |
|---|---|
| 59-0638499 | Variety Children's Hospital |
| 59-0737717 | Randle Easternambulance Serv |
| 59-0944587 | City of Sunrise Fire Rescue |
| 59-1039552 | City of Tamarac |
| 59-1113462 | Coral Springs Fire Department |
| 59-1196795 | Radiology Consultants of Hollywood Inc |
| 59-1205666 | City of North Lauderdale |
| 59-1484975 | City of Lake Mary Florida |
| 59-1843348 | G Stanford Pierce DC PA |
| 59-1930138 | Legault Chiropractic Health Center |
| 59-2024172 | Dr Eric A Cohen PA |
| 59-2183602 | Newberry Clinic PA |
| 59-2217862 | Wittmer Clinic of Chiropractic PA |
| 59-2241756 | Baum Chiropractic Clinic PA |
| 59-2422287 | Russ Tannenbaum |
| 59-2458513 | Brodkin Chiropractic and Acupuncture |
| 59-2477629 | Edward Lazzarin MD PA |
| 59-2489115 | CV Rehab |
| 59-2929608 | Musculoskeletal Institute Chartered |
| 59-2941903 | Furey Chiropractic Clinic |
| 59-2976769 | Richard J Robinson DC PA |
| 59-3000397 | John Ownes DC |
| 59-3026608 | Stand-Up MRI of Tallahassee PA |
| 59-3026976 | Kenneth R Reinhart DC PA |
| 59-3072064 | Rose Healthcare Center Inc |
| 59-3085532 | Dr Jo J Reeves DC PA |
| 59-3113170 | Fiorini Chiropractic Center PA |
| 59-3144451 | Semegon Chiropractic Health Center PA |
| 59-3146047 | John B Decosmo III DO PA |
| 59-3150157 | Herndon Chiropractic Clinics PA |
| 59-3283812 | Peluso Chiropractic Center PA |
| 59-3356358 | Neurology Partners |
| 59-3357390 | Stand-Up MRI of SW Florida |
| 59-3363624 | Kim Rohr DC PA |
| 59-3430117 | Fit for Life Health Services PA |
| 59-3488409 | First Care Chiropractic Center Inc |
| 59-3491669 | LCM Imaging Inc |
| 59-3497945 | Tarpon Total Health Care Inc |
| 59-3528211 | Theodore P Vlahos INC |
| 59-3534304 | Brown Chiropractic Center Incorporated |
| 59-3541268 | Accident Care Clinic Inc |
| 59-3592808 | Socc PL |
| 59-3609454 | Pro Care Health Center |

| Federal Tax ID Number | Provider Name |
|---|---|
| 59-3616020 | OmniCare Medical Center Inc |
| 59-3627488 | Chiropractic Center of Lakeland Inc |
| 59-3637108 | Spinal Care Plus PA |
| 59-3672908 | A Better Life Chiropractic |
| 59-3698438 | Rose Radiology Centers Inc |
| 59-3701954 | Shemansky Chiropractic PA |
| 59-3718253 | Michaux Family Chiropractic PA |
| 59-3743811 | Staci L Price DC PA |
| 59-3746972 | University Diagnostic Institute Winter Park PLLC |
| 59-6000338 | Hollywood Fire/Rescue |
| 59-6000344 | City of Jacksonville Fire Rescue |
| 59-6000417 | Riviera Beach Fire Department |
| 59-6000425 | City of Sanford |
| 59-6000523 | Brevard County Fire Rescue |
| 59-6000534 | Broward Sheriffs Fire and Rescue |
| 59-6000541 | Charlotte County Fire and EMS |
| 59-6000573 | Miami Dade County Fire Rescue |
| 59-6000661 | Hillsborough County Fire Rescue |
| 59-6000695 | Lake County EMS |
| 59-6000708 | Leon County EMS Division |
| 59-6000765 | Okaloosa County EMS |
| 59-6000773 | Orange County Fire Rescue |
| 59-6000785 | Palm Beach County Fire Rescue LLG |
| 59-6000809 | Polk County Bocc-EMS |
| 59-6000848 | Sarasota County Fire Department |
| 59-6000856 | Seminole County Fire Rescue |
| 59-6017775 | City of Plantation |
| 59-6019764 | Ocoee Fire Department |
| 59-6045863 | City of Palm Beach Gardens |
| 59-6046527 | Town of Davie |
| 59-6072227 | City of North Port |
| 61-1466515 | Clermont Rehab and Wellness Center |
| 61-1766544 | Synergy Health |
| 61-1810646 | Tampa Bay Rehabilitation Center Inc |
| 65-0042542 | Biscayne Chiropractic Center |
| 65-0051149 | A Aventura Chiropractic Care Center Inc |
| 65-008729 | Hialeah Diagnostic Inc |
| 65-0173179 | Eric G Friedman DC PA |
| 65-0273581 | Platt Chiropractic Clinic PA |
| 65-0285441 | Dr Rami Toueg Inc |
| 65-0325843 | Wellness Associates of Florida LLC |
| 65-0336318 | Widom Chiropractic Offices PA |
| 65-0348913 | Martinez Chiropractic Center LLC |

| Federal Tax ID Number | Provider Name |
|---|---|
| 65-0374847 | Care Plus Injury Rehabilitation Center Inc |
| 65-0477789 | De Jesus Chiropractic Center PA |
| 65-0493546 | Homestead Chiropractic Clinic Inc |
| 65-0510090 | Michael J Cohen DC PA |
| 65-0530718 | Cutler Ridge Family Chiropractic Center Inc |
| 65-0585233 | Ron Wechsel DC Inc |
| 65-0590253 | William Tejeiro MD PA |
| 65-0597876 | Gold Chiropractic PA |
| 65-0620894 | Specific Care Chiropractic |
| 65-0660504 | Quality Medical Group |
| 65-0666224 | Trujillo Chiropractic Center Inc |
| 65-0667829 | The Cohen Chiropractic Group PA |
| 65-0686975 | Dr Robert J DeCubellis DC PA |
| 65-0703990 | Neuroscience and Spine Associates Pl |
| 65-0705019 | Pines West Chiropractic LLC |
| 65-0708282 | Sports & Spine Injury Center |
| 65-0721807 | Cicero Ortho-Med Center Inc |
| 65-0774532 | Coastline Imaging Inc |
| 65-0793962 | PSHS Alpha Partners, LTD |
| 65-0808141 | Central Magnetic Imaging Open MRI of Plantation LTD |
| 65-0809221 | County Line Chiropractic Center Inc |
| 65-0837780 | Advanced Diagnostic & Medical Center |
| 65-0846850 | Adio Inc |
| 65-0872705 | Coconut Grove Chiropractic Inc |
| 65-0874905 | Whole Health Chiropractic & Wellness Inc |
| 65-0882367 | Orthopaedic Care Specialists PL |
| 65-0885663 | Selem Medical Center Corp |
| 65-0887506 | Chiropractic Wellness Center of Boca Raton PA |
| 65-0955290 | Robert Hockstein, P.A. |
| 65-0972670 | Selest Health Center Inc |
| 65-0988277 | Dynamic Chiropractic Center Inc |
| 65-0995677 | Kinexis Chiropractic |
| 65-1016628 | Rivero Diagnostic Center Inc |
| 65-1051426 | Michael T Reilly MD and David H Gilbert MD PA |
| 65-1054780 | D&S Chiro Rehab Center Inc |
| 65-1065482 | Palmetto Physical Therapy Inc |
| 65-1093190 | Dr Rafael A Codinach DC Inc |
| 65-1097789 | Steven M Berman DC PA |
| 65-1147871 | Open Magnetic Scanning LTD |
| 65-1159138 | Miami Beach Natural Sports Medicine Inc |
| 71-0870607 | New Horizon Medical & Diagnostic Center Corp |
| 71-0959510 | Valles & Associates Rehabilitation Services Inc |
| 72-1120744 | Rubin Thompson DC PA |

| Federal Tax ID Number | Provider Name |
|---|---|
| 73-1709528 | Lauderdale Chiropractic Center Inc |
| 75-3187226 | Darin L Bush DO PA |
| 77-0608630 | Hill Orthopedic Center LLC |
| 80-0009303 | Bauman Chiropractic Clinic of Northwest Florida PA |
| 80-0291151 | Zair Medical Service Inc |
| 80-0389495 | Orlando Pain and Renab Center Inc |
| 80-0506482 | Broward Injury Center LLC |
| 80-0518050 | EM Rehabilitation Center Corp |
| 80-0565968 | Rosell & Rosell Medical Diagnostic Center Corp |
| 80-0627188 | Rivera Family Chiropractic Center Deltona LLC |
| 80-0850168 | Pro Health Inc |
| 80-0885883 | Elevation Health Plantation LLC |
| 81-0607616 | Clermont Radiology LLC |
| 81-0735731 | Sunrise Injury Center LLC |
| 81-0898667 | Castellon Medical Center LLC |
| 81-0973183 | TLC Family Medical & Wellness Center Inc |
| 81-1079890 | Experience Family Chiropractic LLC |
| 81-1120717 | Narum Healing chiropractors |
| 81-1159581 | Family Pain & Health Center LLC |
| 81-1180548 | Sunsky Medical Rehab Center Inc |
| 81-1288373 | Doctor Max Medical Center Corp |
| 81-1316763 | EMC South Florida LLC |
| 81-1375033 | SWFL Medical Supplies LLC |
| 81-1690112 | American Rehabilitation Medical Center Corp |
| 81-1752980 | First Excellent Therapy LLC |
| 81-1815031 | Wellness Healthcare Clinic Corp |
| 81-1857508 | Caring with Love Center Inc |
| 81-1867812 | Nona Functional Chiropractic PLLC |
| 81-1908517 | Prime Medical and Rehab Services of NMB Inc |
| 81-2040075 | Family Quality Health Inc |
| 81-2137794 | Medical injury Care Provider Network LLC |
| 81-2144626 | Ownorth PLLC |
| 81-2272205 | Viva Wellness & injury LLC |
| 81-2429910 | Butterfly Rehabilitation Center Inc |
| 81-2430712 | MMC Clinic Corp |
| 81-2515086 | Kahook Chiropractic and Wellness Center Inc |
| 81-2766169 | Advance Chiropractic PLLC |
| 81-2773927 | Specialty Health Associates LLC |
| 81-2801885 | Lee Wellness and Rehab LLC |
| 81-2968764 | Orange County Physicians Group LLC |
| 81-3028375 | Reid Chiropractic & Wellness Center LLC |
| 81-3084156 | Pain Free Chiropractic |
| 81-3396448 | Roach Family Wellness PLLC |

| Federal Tax ID Number | Provider Name |
|---|---|
| 81-3467144 | Red Diamond Medical Group LLC |
| 81-3489913 | Physicians Medical and Injury Group LLC |
| 81-3516493 | Nova Diagnostic Corp |
| 81-3661079 | Trinity Health & Rehab Inc |
| 81-3718108 | Advance Physical Therapy of Kendall Inc |
| 81-3767429 | Multi-Specialty Medical Consultants of Florida PLLC |
| 81-3826234 | Elite Spine of Sunrise |
| 81-3968665 | Dr Victor Silva Medical Center LLC |
| 81-4186224 | Family Medical Clinic Kendall LLC |
| 81-4437162 | Lifecare Rehab Therapy of Florida Corp |
| 81-4627220 | Hands of Life Healthcare Center Inc |
| 81-4692470 | Fort Myers Spine Center LLC |
| 81-4931760 | Empower Chiropractic LLC |
| 81-4939800 | Health Miami Medical Center Group |
| 81-4967476 | Healthcare and Therapy Services Corp |
| 81-5184884 | Gulfside Chiropractic Health Center PLLC |
| 82-0647094 | New World Health Corp |
| 82-0669893 | H & S Rehabilitation Center Inc |
| 82-0678646 | Physical Therapy Now of North Miami Beach |
| 82-0692332 | Essential Chiropractic PA |
| 82-0716045 | Physicians Medical and Injury Group East Orlando LLC |
| 82-0720880 | Health & Wellness Medical Center Inc |
| 82-0721742 | Elite Therapy Group Inc |
| 82-0879770 | Community Health & Rehab Services Inc |
| 82-1033580 | Robitaille Health & Rehab PA |
| 82-1101422 | First AA Medical Rehabilitation LLC |
| 82-1225793 | Innovative Wellness & Rehab Centers LLC |
| 82-1343441 | Tropical Imaging Centers LLC |
| 82-1392375 | Santos Medical & Diagnostic Center |
| 82-1438998 | Colonial Chiropractic Clinic LLC |
| 82-1478433 | Dynamic Healthcare Center |
| 82-1532880 | Pohlman Pain Associates LLC |
| 82-1651078 | First Response Wellness PA |
| 82-1653544 | Auto-Work injury Rehab Inc |
| 82-1945499 | FT Myers MRI LLC |
| 82-1956581 | Kristin J Shiver DC LLC |
| 82-1972979 | Jacksonville Accident and Sports Injury Center LLC |
| 82-2369471 | Max Health Wellness Corp |
| 82-2411125 | Orlando Therapy Center Inc |
| 82-2572512 | Brown Medical Center Corp |
| 82-2605291 | A & A Medical Center LLC |
| 82-2845990 | Viva Health Centers of LCS Inc |
| 82-3001473 | Chiropractic of Naples |

| Federal Tax ID Number | Provider Name |
|---|---|
| 82-3021576 | American Rehabilitation Service INC |
| 82-3095082 | Safecare Therapy Inc |
| 82-3105387 | Unlimited Care of Miami Inc |
| 82-3132499 | 1ST Response Rehab Center Inc |
| 82-3416242 | APEX Neurosurgical and Orthopedic Centers |
| 82-3628590 | J&J Rehabilitation Medical Center LLC |
| 82-3702240 | Med Link Now LLC |
| 82-4018529 | Shelton Medical Services Inc |
| 82-4029538 | Orlando Medical Clinic & Chiropractic Center Inc |
| 82-4090321 | Allegiant Healthcare Center |
| 82-4188305 | Chiromedic Healthcare Associates LLC |
| 82-4227834 | First Coast Spine & Rehab LLC |
| 82-4360929 | Excellence Health Clinic Inc |
| 82-4395944 | 3T Radiology & Research LLC |
| 82-4521736 | USA Sports Therapy South Miami Inc |
| 82-4783823 | Golden Lakes Medical Center Inc |
| 82-4802735 | Best Choice Medical Center Inc |
| 82-5029433 | Island Breeze Chiropractic and Wellness Center |
| 82-5034339 | Cape Wellness Inc |
| 82-5511899 | Orthopedic & Physical Medicine of the Palm Beaches LLC |
| 83-0423632 | Central Florida Injury & Rehabilitation Center Inc |
| 83-1010680 | Excellent Health Solution Corp |
| 83-1033686 | Med Therapy & Spa Inc |
| 83-1053094 | Physical Therapy Now of North Miami |
| 83-1197054 | Dr Charles L ertel LLC |
| 83-1575418 | Physical Injury and Rehab Center Inc |
| 83-1583557 | Busch Rehabilitation Center Inc |
| 83-1603631 | Phoenix Rehab Center Corp |
| 83-1658095 | Magnifico Medical Center Corp |
| 83-1704726 | Majesty Rehab Center Corp |
| 83-2064088 | South Florida Diagnostic Imaging LLC |
| 83-2174010 | Rehab Specialist of Lee Corp |
| 83-2268264 | Saudy N Care Rehab Corp |
| 83-2544078 | Capital Chiropractic & Rehab LLC |
| 83-2580274 | One Care Medical Center Inc |
| 83-2695860 | Lee Med Health Center INC |
| 83-2737925 | Morales & Medina Therapy Corp |
| 83-2743861 | Serenity Accident & Injury Clinic LLC |
| 83-2943022 | JC Therapy Care INC |
| 83-3126161 | Vida Medical Rehab Corp |
| 83-3276008 | Harmonizing & soothing Theraoy Center Corp |
| 83-3474395 | H Miami Medical Center Inc |
| 83-3626786 | Ocala Injury Center Inc |

| Federal Tax ID Number | Provider Name |
|---|---|
| 83-3998742 | Promoted Healthcare Clinic LLC |
| 83-4077684 | Emerald Coast Medical Solutions LLC |
| 83-4078120 | Prohealth Medical Rehabilitation Inc |
| 83-4134470 | Interventional Pain Professionals of Florida |
| 83-4198691 | TeleEMC LLC |
| 83-4241055 | MJY Rehabilitation Center Inc |
| 83-4552796 | Rehab Center AG Inc |
| 83-4586356 | Venus Rehabiliation Center Corp |
| 83-4634131 | Family Health Medical Center Inc |
| 84-1980734 | Surgery Consulants of Florida LLC |
| 84-2388705 | Evolution Med Inc |
| 84-2406553 | Nestor Fernandez MD PA |
| 84-2431318 | Millenium Medical Center Corp |
| 84-2540141 | Golden Health Corporation |
| 84-3389489 | Medical Comfort INC |
| 84-3548530 | AssociatesMD Medcial Group Inc |
| 84-3567744 | FMIC 2 LLC |
| 84-3573661 | Kendall South Rehab Inc |
| 84-3602424 | Kissimmee Spine and Rehabilitation Center LLC |
| 84-3651406 | Daly Integrated Medical Group LLC |
| 84-3671372 | Soledad Medical Center Inc |
| 84-3707942 | Flagler Rehab & Therapy Center LLC |
| 84-3765758 | FMIC 3 LLC |
| 84-4010130 | Chiropractic Spine and Injury PA |
| 84-4028725 | Integrated Community Support LLC |
| 84-4284919 | Ventura Chiropractic LLC |
| 84-4605715 | Panama City Beach Medical Solutions LLC |
| 84-5159923 | Amarillo Medical Center Inc |
| 85-1093919 | G Clef MRI Plus LLC |
| 85-1259213 | Spine & Sport Rehab Inc |
| 85-1598336 | Next Generation Healthcare Center Inc |
| 85-2045382 | Injury and Rehab Centers of Central Florida LLC |
| 85-2114707 | Sunshine Wellness Center Corp |
| 85-2142980 | Ideal Spine Centers LLC |
| 85-2350028 | Encore Imaging LLC |
| 85-3077932 | Vangarud Health Center |
| 85-3414454 | Sunshine Miracle Chiropractic LLC |
| 85-3864114 | New Horizon Healthcare Center |
| 85-3954800 | Margate Medical & Rehab Center |
| 85-4290308 | South Miami Medical Center inc |
| 86-3116792 | New World Medical & Rehab Inc |
| 87-0789931 | Viva X-Ray Medical Diagnostic Center Inc |
| 87-2559513 | Quality Pain & Rehab LLC |

| Federal Tax ID Number | Provider Name |
|---|---|
| 87-2801863 | All-Starr Healthcare & Rehab Center LLC |
| 87-2843463 | Deluxe Rehabilitation Center Inc |
| 90-0101877 | AFO Imaging Inc |
| 90-0586888 | ABA Rehabilitation Center Inc |
| 90-0883498 | Complete Care Centers LLC |
| 90-1016185 | Simple Therapy Group Inc |